KATHERINE KREPPEIN, an Infant, by JULIA KREPPEIN, Her Guardian ad Litem, et al., Appellants, *v.* NEW YORK RAPID TRANSIT CORPORATION, Respondent.

Submitted February 24, 1942; decided March 5, 1942.

*William C. Chanler, Corporation Counsel* (*Paxton Blair* of counsel), for motion.

*David G. Mendelsohn* for appellants.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant serves and files an undertaking on appeal and pays ten dollars costs within ten days, in which event the motion is denied.